IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

**JEAN D. TRAVIS,**

    **Plaintiff,**

v.   Civil Action No. 1:24-CV-33

**CREDIT ACCEPTANCE CORPORATION, and
TRANSPORTATION NETWORK XI, LLC d/b/a
CROWN MITSUBISHI,**

    **Defendants.**

## JOINT NOTICE OF SETTLEMENT

Plaintiff Jean D. Travis and Defendants Credit Acceptance Corporation and Transportation Network XI, LLC d/b/a Crown Mitsubishi (collectively, the "Parties"), by and through counsel, hereby advise the Court that the above-captioned matter has settled. The Parties anticipate submitting a joint stipulation of dismissal with prejudice within the next sixty (60) days.

DATED this 10th day of March, 2025.

**Agreed by:**

s/Michael Nissim-Sabat
Michael Nissim-Sabat (WV State Bar No. 12233)
Bren J. Pomponio (WV State Bar No. 7774)
Mountain State Justice, Inc.
1217 Quarrier Street
Charleston, WV 23501
Telephone: (304) 344-3144
Facsimile: (304) 344-3145
*Counsel for Plaintiff*

s/Nicholas P. Mooney II
Nicholas P. Mooney II
(WV State Bar No. 7204)
Tai Shadrick Kluemper
(WV State Bar No. 12261)
300 Kanawha Boulevard, East (ZIP 25301)
P. O. Box 273
Charleston, WV 25321-0273
304.340.3800 (phone)
304.340.3801 (facsimile)
nmooney@spilmanlaw.com tkluemper@spilmanlaw.com
*Counsel for Defendant Credit Acceptance Corporation*


s/Kelly G. Pawlowski
Kelly G. Pawlowski
(WV State Bar No. 12795)
Pullin, Fowler, Flanagan, Brown & Poe, PLLC
James Mark Building
901 Quarrier Street
Charleston, WV 25301
*Counsel for Defendant Transportation Network XI, LLC d/b/a Crown Mitsubishi*

## CERTIFICATE OF SERVICE

I, Michael Nissim-Sabat, counsel for the Plaintiff, do hereby certify that I have served a true and exact copy of ***JOINT NOTICE OF SETTLEMENT*** on this 10th day of March, 2025, with the Clerk of the Court using CM/ECF and to the following parties:

| | |
|---|---|
| Nicholas P. Mooney II (Bar No. 7204) | Kelly G. Pawlowski |
| Tai Shadrick Kluemper (Bar No. 12261) | (WV State Bar No. 12795) |
| 300 Kanawha Boulevard, East (ZIP 25301) | Pullin, Fowler, Flanagan, Brown & Poe, PLLC |
| P. O. Box 273 | James Mark Building |
| Charleston, WV 25321-0273 | 901 Quarrier Street |
| 304.340.3800 (phone) | Charleston, WV 25301 |
| 304.340.3801 (facsimile) | ***Counsel for Defendant Transportation*** |
| nmooney@spilmanlaw.com | ***Network XI, LLC*** |
| tkluemper@spilmanlaw.com | ***d/b/a Crown Mitsubishi*** |
| ***Counsel for Credit Acceptance Corporation*** | |

s/Michael Nissim-Sabat
Michael Nissim-Sabat (WV State Bar No. 12233)