# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### AT CLARKSBURG

**JEAN D. TRAVIS,**

    **Plaintiff,**

v.                                                  Civil Action No. 1:24-CV-33

**CREDIT ACCEPTANCE CORPORATION, and
TRANSPORTATION NETWORK XI, LLC d/b/a
CROWN MITSUBISHI,**

    **Defendants.**

## PARTIAL DISMISSAL ORDER

This day came Plaintiff and Defendant Transportation Network XI, LLC d/b/a Crown Mitsubishi and announced to the Court that all claims between the two parties have been settled and compromised. Accordingly, consistent with the parties' intentions, Defendant Transportation Network XI, LLC d/b/a Crown Mitsubishi is hereby **DISMISSED**, with Prejudice, and that the Civil Action remains upon the docket of the Court as to the remaining claims with Defendant Credit Acceptance Corporation.

    **IT IS SO ORDERED.**

                                                                              THOMAS S. KLEEH, CHIEF JUDGE
                                                                              NORTHERN DISTRICT OF WEST VIRGINIA

**Agreed by:**

s/Michael Nissim-Sabat
Michael Nissim-Sabat (WV State Bar No. 12233)
Bren J. Pomponio (WV State Bar No. 7774)
Mountain State Justice, Inc.
1217 Quarrier Street
Charleston, WV 23501
Telephone: (304) 344-3144
Facsimile: (304) 344-3145
*Counsel for Plaintiff*

  *s/* Kelly G. Pawlowski
Kelly G. Pawlowski
(WV State Bar No. 12795)
Pullin, Fowler, Flanagan, Brown & Poe, PLLC
James Mark Building
901 Quarrier Street
Charleston, WV 25301
*Counsel for Defendant Transportation Network XI, LLC d/b/a Crown Mitsubishi*

2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### AT CLARKSBURG

**JEAN D. TRAVIS,**

    **Plaintiff,**

v.                                                     Civil Action No. **1:24-CV-33**

**CREDIT ACCEPTANCE CORPORATION, and
TRANSPORTATION NETWORK XI, LLC d/b/a
CROWN MITSUBISHI,**

    **Defendants.**

## CERTIFICATE OF SERVICE

    I, Michael Nissim-Sabat, counsel for the Plaintiff, do hereby certify that I have served a true and exact copy of ***PARTIAL DISMISSAL ORDER*** on this 21st day of July 2025, with the Clerk of the Court using CM/ECF and to the following parties:

| | |
|---|---|
| Nicholas P. Mooney II (Bar No. 7204)<br>Tai Shadrick Kluemper (Bar No. 12261)<br>300 Kanawha Boulevard, East (ZIP 25301)<br>P. O. Box 273<br>Charleston, WV 25321-0273<br>304.340.3800 (phone)<br>304.340.3801 (facsimile)<br>nmooney@spilmanlaw.com<br>tkluemper@spilmanlaw.com<br>***Counsel for Credit Acceptance Corporation*** | Kelly G. Pawlowski<br>(WV State Bar No. 12795)<br>Pullin, Fowler, Flanagan, Brown & Poe, PLLC<br>James Mark Building<br>901 Quarrier Street<br>Charleston, WV 25301<br>***Counsel for Defendant Transportation Network XI, LLC d/b/a Crown Mitsubishi*** |

                                                                 s/Michael Nissim-Sabat
                                                                 Michael Nissim-Sabat (WV State Bar No. 12233)