IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
At Clarksburg

**JEAN D. TRAVIS,**

      **Plaintiff,**

v.                                                           Civil Action No.1:24-cv-33
                                                                   Honorable Thomas S. Kleeh

**CREDIT ACCEPTANCE CORPORATION, and
TRANSPORTATION NETWORK XI, LLC d/b/a
CROWN MITSUBISHI,**

      **Defendants.**

## AGREED PARTIAL DISMISSAL ORDER

      This day came plaintiff Jean D. Travis ("Travis") and defendant Credit Acceptance ("Credit Acceptance") Corporation, by their counsel, and announced to the Court that they have settled all issues in this action. They have scheduled an in-person meeting to exchange the fully-executed settlement agreement for the settlement payment, which meeting will occur next week. Travis and defendant Transportation Network XI, LLC d/b/a Crown Mitsubishi previously tendered a partial dismissal order to the Court that dismissed Travis' claims against that defendant. As a result of the parties' settlement, Travis and Credit Acceptance jointly moved the Court to dismiss this action with prejudice, subject to reopening on motion of either party, and for good cause shown, by August 21, 2025.

      For good cause shown, and there being no objection thereto, it is hereby **ORDERED** that this action shall be and hereby is **DISMISSED WITH PREJUDICE**. This action is retired from the active docket of this Court, subject to reopening on motion of either Travis or Credit Acceptance, for good cause shown, by August 21, 2025.

The Court directs the Clerk of this Court to send copies of this **AGREED PARTIAL DISMISSAL ORDER** to all counsel of record.

ENTERED this _____ day of July, 2025.

_____
**TOMAS S. KLEEH, CHIEF JUDGE**
**NORTHERN DISTRICT OF WEST VIRGINIA**

Agreed to and Jointly Presented by:

*/s/ Michael Nissim-Sabat*
Michael Nissim-Sabat (WV State Bar No. 12233)
Bren J. Pomponio (WV State Bar No. 7774)
Mountain State Justice, Inc.
1217 Quarrier Street
Charleston, WV  25301
*Counsel for Plaintiff Jean D. Travis*

*/s/ Nicholas P. Mooney II*
Nicholas P. Mooney II (WV State Bar No. 7204)
Arianna P. Webb (WV State Bar No. 14704)
Spilman Thomas & Battle, PLLC
300 Kanawha Boulevard, East (ZIP 25301)
P. O. Box 273
Charleston, WV  25321-0273
Telephone:  (304) 340-3800
Facsimile:  (304) 340-3801
nmooney@spilmanlaw.com
awebb@spilmanlaw.com
*Counsel for Defendant Credit Acceptance Corporation*