```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**JEAN D. TRAVIS,**

    **Plaintiff,**

  v.                                                          **CIVIL NO. 1:24-CV-33**
                                                                       **(KLEEH)**

**CREDIT ACCEPTANCE CORPORATION and**
**TRANSPORTATION NETWORK XI, LLC d/b/a**
**CROWN MITSUBISHI,**

    **Defendants.**

## ORDER OF DISMISSAL

    The parties in the above-styled action have informed the Court that this case has been compromised and settled. It is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket of the Court, subject to reopening on motion of any party, and for good cause shown, within 90 days.

    The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

    It is so **ORDERED**.

    The Court **DIRECTS** the Clerk to **TERMINATE** any pending motions and to send a copy of this Order to counsel of record and any unrepresented party.

    DATED: July 21, 2025

                                      */s/ Thomas S. Kleeh*
                                    THOMAS S. KLEEH, CHIEF JUDGE
                                    NORTHERN DISTRICT OF WEST VIRGINIA